IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY BRYANT and<br>HOLLIE BRYANT,<br><br>      Plaintiffs,<br><br>v.<br><br>SAGAMORE INSURANCE COMPANY,<br><br>      Defendant. | Case No. CIV-13-240-RAW |

## JUDGMENT

In accordance with the Order entered on April 21, 2014 and the Order entered contemporaneously herewith, the court hereby enters this judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 23rd day of April, 2014.

_/s/ Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma