**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KELLY BRYANT and HOLLIE BRYANT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SAGAMORE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 13-cv-00240-RAW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Kelly Bryant and Hollie Bryant in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final Judgment that was entered on April 23, 2014 [Doc. #119], and all interlocutory orders merged into it.

Date:  May 15, 2014.

Respectfully submitted:

 *s/ Michael A. Betts*
MICHAEL C. FELTY, OBA #10804
MICHAEL A. BETTS, OBA #21600
Lytle, Soulé & Curlee, P.C.
119 N. Robinson Ave, Suite 1200
Oklahoma City, Oklahoma 73102
Facsimile:  (405) 232-3852
Telephone:  (405) 235-7471
E-Mail:    felty@lytlesoule.com
               betts@lytlesoule.com

        MIKEL W. FLORES, OBA #15900
        Mikel Flores & Associates, P.C.
        6440 Avondale Drive, Suite 201
        P.O. Box 54691
        Oklahoma City, Oklahoma  73154
        Facsimile:  (405) 810-8501
        Telephone:  (405) 810-8500
        E-Mail:    mwf@mikelflores.com

        RICHARD M. HEALY, P.C., OBA #4030
        Lytle, Soulé & Curlee, P.C.
        3600 N.W. 138th Street, Suite 102
        Oklahoma City, Oklahoma 73134
        Facsimile:  (405) 418-8583
        Telephone:  (405) 418-8581
        E-Mail:    healy@lytlesoule.com

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file the Clerk will transmit a Notice of Filing to the following ECF registrants:

    Timila S. Rother
    Christopher B. Woods
    Georgeann Roye
    Vicki Z. Behenna

        *s/ Michael A. Betts*