**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                         Chris Wolpert
Clerk of Court            August 11, 2015            Chief Deputy Clerk

Mr. Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:    14-7096, Bryant, et al v. Sagamore Insurance Co.**
Dist/Ag docket: 6:13-CV-00240-RAW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Vicki Zemp Behenna
       Stacey S. Chubbuck
       Michael C. Felty
       Mikel W. Flores
       Richard Michael Healy III
       Susan Huntsman
       Timila S. Rother
       Christopher B. Woods

EAS/at